1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMPELIO U. MEZA, Co-Trustee under the MEZA FAMILY TRUST dated March 28, 2001, et al.,<br><br>    Defendants. | No.  1:14-cv-01470---BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SANDEEP SINGH DBA FRESNO CIGARETTES & CIGARS #2 ONLY; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that **only Defendant Sandeep Singh dba Fresno Cigarettes & Cigars #2** be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 10, 2014        MOORE LAW FIRM, P.C.

                               */s/ Tanya E. Moore*
                               Tanya E. Moore
                               Attorneys for Plaintiff
                               Ronald Moore

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that **only** **Defendant Sandeep Singh dba Fresno Cigarettes & Cigars #2** be dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:  **November 10, 2014**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE