# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMPELIO U. MEZA, Co-Trustee under the MEZA FAMILY TRUST dated March 28, 2001, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-01470-LJO-BAM<br><br>**ORDER RE VOLUNTARY DISMISSAL OF ACTION** |

Based upon the voluntary dismissal filed by Plaintiff, Doc. 17, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**SO ORDERED**
**Dated: December 11, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**